IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————

No. 01-21086
Summary Calendar

—————

M.R. MIKKILINENI; ET AL,

Plaintiffs,

M.R. MIKKILINENI,

Plaintiff-Appellant,

versus

CITY OF HOUSTON; DENNIS LLOYD; RUSSEL MAI; PHILIP BERNARD;
ROGER BOULET; SECRETARY OF LABOR; JUAN PADRON; HAROLD DARK;
JOHN LAWSON,

Defendants-Appellees.

*********

M.R. MIKKILINENI,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA; STATE OF TEXAS; CITY OF HOUSTON TEXAS,

Defendants-Appellees.

—————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. H-01-CV-1894, H-98-CV-944

—————————————————

April 30, 2002

Before JOLLY, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

M.R. Mikkilineni has filed a motion requesting leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u> (IFP).  This court may authorize Mikkilineni to proceed IFP on appeal only if he is economically eligible and his appeal is not frivolous.  <u>Jackson v. Dallas Police Dep't</u>, 811 F.2d 260, 261 (5th Cir. 1986).  After reviewing the record, we find no issue of arguable merit.  Accordingly, we DENY IFP and DISMISS THE APPEAL AS FRIVOLOUS.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED AS FRIVOLOUS.